ACCEPTED
02-17-00383-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 10:05 AM
DEBRA SPISAK
CLERK

## No. 02-17-00383-CV

**In the Second District Court of Appeals Fort Worth, Texas**

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/20/2017 10:05:22 AM

DEBRA SPISAK
Clerk

**IN RE MAX GROSSMAN,**
***Relator,***

Original Proceeding from the 348th District Court
El Paso County, Texas, Cause No. 2017-DCV-2528

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Real Party in Interest, The City of El Paso, Texas, designates the following attorneys as additional counsel:

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

Robert B. Dubose
State Bar No. 00787396
rdubose@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
1844 Harvard Street
Houston, Texas 77008
Telephone: (713) 523-2358
Facsimile: (713) 522-4553

The clerk is requested to take notice of this designation and provide a copy of all communications to the additional counsel listed above.

Lead counsel for Real Party in Interest will remain Mark Osborn of Kemp Smith LLP.

Sylvia B. Firth, City Attorney
FirthSB@elpasotexas.gov
Maria Guadalupe Martinez
Senior Assistant City Attorney
MartinezMG@elpasotexas.gov
Sergio M. Estrada
Assistant City Attorney
EstradaSM@elpasotexas.gov
P.O. Box 1890
El Paso, Texas 79950-1890
Telephone: (915) 212-0033
Facsimile: (915) 212-0034

Respectfully submitted,

/s/Mark N. Osborn
Mark N. Osborn
mark.osborn@kempsmith.com
Shelly W. Rivas
shelly.rivas@kempsmith.com
Kemp Smith LLP
221 N. Kansas, Suite 1700
El Paso, Texas 79901
Telephone: (915) 533-4424
Facsimile (915) 546-5360

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

Robert B. Dubose
State Bar No. 00787396
rdubose@adjtlaw.com
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
1844 Harvard Street
Houston, Texas 77008
Telephone: (713) 523-2358
Facsimile: (713) 522-4553

**ATTORNEYS FOR REAL PARTY IN INTEREST**

**CERTIFICATE OF SERVICE**

On December 20, 2017, I electronically filed this Notice of Appearance of Additional Counsel with the Clerk of Court using the eFile.TXCourts.gov electronic filing system which will send notice of such filing to the following:

Lisa Bowlin Hobbs
Kuhn Hobbs PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
Lisa@KuhnHobbs.com

Karlene Poll
Kuhn Hobbs PLLC
2310 Rutland Street
Houston, Texas 77008
Karlene@KuhnHobbs.com

Harriet O'Neill
Law Office of Harriet O'Neill, PC
919 Congress Avenue, Suite 1400
Austin, Texas 78701
HONeill@harrietoneilllaw.com

Francis S. Ainsa, Jr.
Ainsa Hutson Hester & Crews LLP
5809 Acacia Circle
El Paso, Texas 79912
fain@acaciapark.com

/s/Robert B. Dubose
Robert B. Dubose